UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|                                    |   |                              |
|------------------------------------|---|------------------------------|
| JOSE GIOVANNI HERNAN TORRES,       | : |                              |
|                    Petitioner,     | : | Civil Action No.: 13-7044 (SDW) |
|               v.                   | : | MEMORANDUM AND ORDER         |
| ERIC H. HOLDER, et al.,            | : |                              |
|                    Respondents.    | : |                              |

This matter having come before the Court on Petitioner's submission of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and it appearing that:

1. Petitioner is an immigration detainee confined at the Etowah County Detention Center in Gadsden, Alabama, at the time he submitted this habeas petition for filing.

2. On November 19, 2013, Petitioner filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his prolonged detention pending removal without an individualized bond hearing for release under supervision.

3. Petitioner neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor submitted a complete application to proceed *in forma pauperis* ("IFP") that contains a certification by an authorized official at his place of confinement certifying Petitioner's

1

institutional account for the preceding six months, as required under L.Civ.R. 81.2(b).

IT IS THEREFORE on this __22nd__ day of __November__, 2013,

ORDERED that the Clerk of the Court shall administratively terminate this case for Petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Application to Proceed *In Forma Pauperis* in a Habeas Corpus Case (DNJ-PRO-SE-007-B.pdf), for use by a prisoner; and it is further

ORDERED that, if Petitioner wishes to reopen this action, he shall so notify the Court within 30 days of the date of entry of this Order, in writing addressed to the Clerk of the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey 07101; Petitioner's writing shall include either: (1) a complete *in forma pauperis* application, including a certification of Petitioner's institutional account, as required by Local Civil Rule 81.2(b); or (2) the $5 filing fee; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail, and close this case accordingly.

*s/ Susan D. Wigenton*
SUSAN D. WIGENTON
United States District Judge